# EXHIBIT A

# EXHIBIT A

# District Department of Transportation

# Administrative Issuance: Shared Fleet Device Permit Application

**OCTOBER 2024**



# TABLE OF CONTENTS

1. **Overview**
    1. Introduction
    2. Vision
2. **Application Process**
    1. Important Dates
    2. Requirements
    3. Fees
    4. Scoring
3. **Application Questions**
    1. Equity and Affordability
    2. Safety
    3. Accountability and Data
    4. Labor
    5. Sustainability
    6. Innovation
    7. Past Performance
    8. Device and Equipment
    9. Operations
    10. Education and Engagement

# 1. Overview

## 1.1. Introduction

This Administrative Issuance is to provide guidance for operators of Shared Fleet Devices seeking to obtain permits to operate in the District. The Issuance includes all requirements for application for a permit, including questions, submission format requirements, and contact information for questions from applicants. The District Department of Transportation has actively managed the Dockless Vehicle Sharing Program since late 2017 and has created overarching goals to guide the practice of shared dockless vehicle operations. DDOT will score applications and grant permits to operators whose application expresses their ability to comply with the Permit Operator Agreement (POA) while meeting the overarching vision below.

## 1.2. Vision

The District's long-range transportation plan, MoveDC, calls for DDOT to increase access to shared micromobility. DDOT is charged with "ensur(ing) that all public space permits issued to private mobility operators require vehicle distribution throughout the District and offer incentives that encourage use by low-income residents." Further, DDOT's vision for the Shared Fleet Devices program is:

**Safety**: Ensure that both riders and vulnerable road users are safe by only allowing permittees that provide robust user education and vehicles that are designed to be safely stored and safely operated in public space.

**Accountability**: Ensure operational and administrative compliance to permit terms and deliver programmatic data to DDOT in a timely and complete manner so that DDOT may monitor operator and program performance, minimize adverse impact on vulnerable road users, and to plan for program improvements.

**Equity**: MoveDC, the Department of Transportation's master plan, calls for increased access to shared mobility in Strategy 29, which supports Policy N: Improve equity and accessibility with affordable transit options. The Department will ensure that sufficient deployment of vehicles to historically under-resourced communities, provide robust programs for low-income users, employ fair labor practices, and support sustainability initiatives including but not limited to battery safety practices, vehicle lifecycle, and vehicle recycling.

**Modeshift**: Enhance affordable transit by increasing access to shared mobility. The Department will ensure that permittees support the District's transportation goals by promoting programs that reduce trips taken by car and promote linked trips by public transit. To facilitate this the Department will develop and update requirements for mobility providers and develop dashboards with the intent of permitting the shared mobility providers that best meet the District's transit needs.

## 1.3. Instructions

This application is for Shared Fleet Device Permits. Shared Fleet Device Permits are issued by the Director of DDOT to a shared fleet device operating company, for said company to offer shared fleet devices for rental in the public right-of-way in the District. A company may apply to operate permits in different categories. DDOT shall offer two types of permits that are valid for a period of 24 months. Please read all application materials, applicable legislation (Shared Fleet Device Act), DCMR, and the Permit Operator Agreement (POA) before beginning the application. DDOT expects that applicants will express their ability and willingness to operate under all the Terms and Conditions of the permit and their Operator Agreement. The published POA is not final, and applicants may have additional terms and conditions written into their POA based on their application.

**Applicants may apply for either or both of the permit types below and may be awarded up to one of each. Up to nine permits may be awarded of which up to five may be for Electric Mobility Devices (Permit A). The permit types are:**
- **Permit A: A permit for shared fleet devices limited to Electric Mobility Devices.**
- **Permit B: A permit for shared fleet devices limited to Shared Fleet Bicycles.**

**All application materials must be submitted to: [dockless.moblity@dc.gov](mailto:dockless.moblity@dc.gov). The email with the application materials must contain:**
- **Company Name**
- **Point of Contact Name, Title, Email Address, and Phone Number**
- **Written attestation that the applicant has read the Shared Fleet Device Rulemaking and the draft Permitted Operator Agreement and confirms that they can meet the requirements of the permit as stated in those documents.**
- **Confirmation of which permit the application is for Permit A or Permit B.**
- **Responses to the application questions below in a PDF attachment of no more than 40 pages.**

**Note that Permits A and B require separate applications. A company may apply for either or both and may be awarded up to one of each. Applications that are missing required elements will not be evaluated and scored.**

**Please send questions about the application process to: dockless.moblity@dc.gov All question received before 12:00 PM on November 1st will be posted publicly with responses from DDOT here: [link](#). Questions received after 12:00 PM on November 1st will not be answered.**

**An in-person demonstration of the shared fleet device that is the subject of the permit application is required for all applicants on 11/04/24. Applicants must schedule their preferred times with the program manager upon submission of application materials.**

**Applicants who are awarded permits must sign a Permit Operator Agreement with the District. A draft Permit Operator Agreement is available here: [link](#).**

# 2. Application Process

## 2.1. Important Dates

- 10/16/2024: Permit application publication date
- 11/1/2024: Permit application deadline at 11:59 pm EST
- 11/4/2024: Mandatory device demo day
- 11/15/2024: Permit applicants notified
- 11/27/2024: Appeal of application scoring deadline at 5pm EST
- 12/16/2024: Appeal response notifications made
- 1/1/2025: Permits awarded
- 12/31/2026: Permits expire

## 2.2. Requirements

There are two types of permits available. Applicants may apply for any of the permit types below and may be awarded up to one of each. Applicants must specify which permit they are applying for and must submit unique applications for each type of permit applied for. In other words, a single application for Permit A and Permit B will not be considered; separate applications for Permit A and Permit B are required for consideration for both permits.

**For consideration of the application the following are required:**

- Bond acceptance document (If you re-use your existing bond, the bond must extend for a year past the expiration of the permit.)
- Clean Hands Certificate.
- Basic Business License
- Insurance Certificate showing liability insurance in an amount not less than $1 million per incident
- Response to all application questions (see section 3 below). Response must be 40 pages or less.
- No fewer than three and up to five (5) independently verifiable references, including contact information of main points of contact from comparable markets to the District with first-hand experience of the Applicant's performance,

**Please note that permits may not be transferred to another entity without express written permission of the Director.**

## 2.3. Fees

- The application fee is fifty dollars ($50) per permit and must be submitted prior to application due date.

- The technology fee is twenty-five dollars ($25) per permit.

- The initial fee for the permit to operate in the public right-of-way is two hundred fifty dollars ($250).

- Each permit renewal to operate in the public right-of-way is one hundred dollars ($100).

- A ten thousand dollar ($10,000) refundable performance bond, to be retained by the Department, in an amount totaling any costs incurred, if the shared fleet device operating company fails to remove from the public right-of-way devices that are unsafe, unpermitted, or abandoned, or if the District of Columbia must remove, relocate, impound, or store shared fleet devices due to improper parking, safety hazards, or any other violation of these regulations or the terms and conditions of the shared fleet device permit.

- The monthly fee for each permitted shared fleet device during each month of a permit is ten dollars ($10), which must be paid to the Department on a semi-annual basis.

- If a shared fleet device permitted operator is no longer offering service in the District, the Department shall not refund any fees paid for the current or past months of operations.

## 2.4. Scoring

Each question is worth up to four points. The total number of points available per criterion is listed under the respective subsection, below. Applicants are graded on their understanding of and commitment to the program's regulatory requirements and evidence of effective prior performance in the District or other markets. A score of more than 50% of the total point value is required on all criteria to qualify for permit consideration. A score of 50% or less on an individual criterion will disqualify an application. Applicants must meet each criterion to qualify for a permit, or in other words, must score above 50% in each criterion section to qualify as having a complete permit application. *The attached scoring addendum provides a guide to answering several questions within the application.*

**For each question\*:**

- 0 ratings fail to meet the criteria established in the regulations or offer solutions that may worsen or create additional challenges and/or limitations to fulfilling the respective criteria.
- 1 ratings meet the minimum regulatory standards and offer rudimentary solutions, claim the minimum level of commitment and ability to solving known challenges and concerns.
- 2 ratings meet the minimum regulatory standards and offer basic or typical, but unexceptional solutions, claiming a moderate level of commitment and ability to solving known challenges and concerns.
- 3 ratings significantly exceed the minimum requirements or display more detailed approaches demonstrating (with specific testing, demonstrations, or research and development) a higher level of commitment to solving known challenges and concerns.
- 4 ratings substantially exceed the minimum requirements, display unique or innovative approaches demonstrating (with specific case studies, past performance, or independently verifiable data) the highest level of commitment and ability to solving known challenges and concerns, and have been exhibited effectively in the District or other markets.

**\*Questions in section 3.7 will be scored based on the following criteria:**

- 0 ratings fail to provide requested information or provide inaccurate or incomplete information.
- 1 rating provide past performance metrics that are not applicable to the District and/or fall short of justifying operating at the required scale or standards of the permit terms.
- 2 ratings metrics meet minimum requirements for requested information but provide performance metrics that did not comply with regulations or permit terms of the jurisdiction.
- 3 ratings meet the minimum requirements for requested information and effectively justify operating at the required scale or standards of the permit terms.
- 4 ratings meet the minimum requirements for requested information, exceed the District's permit terms and conditions, and effectively justify operating at the required scale or standards of the permit terms.

# 3. Application Questions

## 3.1. Equity and Affordability

1. How can the device be located and unlocked without a smartphone or computer?
    a. Please provide an overview of the steps a user must take to unlock the device without a smartphone or computer, and how those steps will be communicated to the user.
2. What are the parameters of the Low-Income Customer Plan (LICP)?
    a. Specify which users will qualify for LICP.
    b. Specify how qualifying individuals may apply for a LICP.
    c. Detail the terms and conditions of a LICP that differ from a non-LICP.
        1. Please include in your response examples marketing and outreach will be used to recruit LICP customers.
        2. Please describe any additional payment programs or subscriptions offered by the operator to users to reduce the cost-burden of shared fleet devices or expand the user base of shared fleet devices.
        3. Will end-user pricing changes be communicated directly to users and to DDOT? Please provide an anticipated pricing model for the 2-year permit term.
3. What are the cash payment options and how will they be publicized?

## 3.2. Safety

1. How are geofences created?
    a. In your answer, please provide an overview of any procedures for creation and execution of temporary and permanent geofences parking corrals.
    b. Please include a timeline from Department request to execution of geofences.
2. How are geofences displayed in the app?
    a. Provide a screenshot with descriptive text that includes any notifications to users when they begin their ride or enter a geofenced zone.
3. What is the shared fleet device operating company's plan for extreme weather and special events?
    a. Provide an overview of procedures for different potential extreme weather events and first amendment activity that will be deployed during e special events.
4. Where are batteries and devices stored and charged?
5. What procedures exist around how batteries and devices are stored, charged, and installed in vehicles?

   a. In your response please also include information on procedures for how batteries are transported.
6. What precautions are in place to prevent battery tampering?
7. What is the battery disposal plan?
8. What contracts are in place for safe disposal of batteries?
9. How will the company ensure that devices are safe for use and well-maintained?
   a. Provide an overview of the maintenance plan for devices, including how often preventative maintenance is taken, and which preventative maintenance tasks are done. Please also provide an overview of how maintenance is performed on damaged devices.

## 3.3. Accountability and Data

1. How does the shared fleet device operating company plan to prevent Ward overconcentration?
   a. In the rulemaking, sections 3314.5 (c) and 3314.5 (m) establish a maximum and minimum number of devices that may be deployed per Ward. How will these requirements be monitored and enforced?
2. How does the company observe parked devices?
   a. In your answer please describe how you will ensure compliance with section 3314.5 (q), 3314.5 (s), and 3314.5 (ff).
3. Will the company move a vehicle within two (2) hours of notification?
a. Please describe how you will ensure compliance with section 3314.32.
   4. How will the company's data be collected and transmitted to the Department?
      a. Please describe how you will ensure compliance with section 3314.5 (f), (g), (h), (i),(z), (aa), (ee), (hh), (jj), and 3314.29.

## 3.4. Labor

1. What training do mechanics employed or contracted by the shared fleet device operating company receive?
2. How does the company perform maintenance on its devices? How does the company track maintenance performed on its devices?
3. What is the company's plan to maintain staffed operations within the District, and how would this plan change if fleet increases are granted?
4. What will the ratio of staff to vehicles be?
5. How will staff be utilized during large events?
   a. Provide an overview of staffing plans for special events
6. What portion of the company's staff will be contract versus employee, in aggregate and broken down by team or division?

   a. In your answer, please describe the operator's strategy for prioritizing and maintaining local hiring and labor and workforce development.
7. What trainings do the company's staff or contractors receive?
   a. In your answer, please describe how the company's staff is trained to interact with the public.
   b. Please describe how operators are retained or receive punitive action against them for deployment violations or breaches of proper conduct.
8. How are the staff or contractors educated about the rules and regulations in the District?

## 3.5. Sustainability

1. How will the shared fleet device operating company ensure a reasonable useful life of its devices?
   a. Please provide an overview of procedures for recovery of lost or damaged devices, including recovery from waterways.
   b. In your answer, please share how the operator measures and reports its overall environmental impact, including life cycle and carbon emissions analysis of devices and operations, and the impact of users substituting device trips for other modes of transportation.

## 3.6. Innovation

1. Does the device have sidewalk-riding detection?
   a. In your answer, please include an overview of the company's sidewalk detection plan including any plans to automatically adjust user speed, in app and on-board notifications and/or audio warnings, and data collection and analysis based on regularity and location of sidewalk riding.
   b. ow will the shared fleet device operating company address vehicles moving at a speed of 6mph or faster on sidewalks?
2. How will the company prevent under-age riding and double riding?
   a. In your answer, please indicate the company's policy for monitoring and penalizing riders for all illegal behavior and how the company plans to communicate these instances to DDOT.
3. How will the company address sidewalk riding in the Central Business District?
4. How will the company address restricted riding and parking on private property?
5. What innovations in parking management could the operator offer to reduce concentrations of devices in the public space?
6. Are there any other innovations that you are working on that you want to share with us?

## 3.7. Past Performance

1. Describe your past performance and continued operations in other markers including the type of authorization for operation (permit, RFP, contract, etc.) number of devices, square mileage of the service area, the utilization per vehicle per day, and any commendations or disciplinary actions.
    a. In your answer, please include information on your company's past performance in the District if previously permitted, including information on vehicle utilization rate, parking compliance, 311 response time, low-income ridership, and other applicable compliance metrics. This answer may be submitted as a separate attachment to the application.
2. Has the shared fleet device operating company, or any of its corporate partners, subsidiaries or entity it may do business as, had its permit revoked or has it operated without appropriate permitting/authorization, either in the District or in another jurisdiction?

## 3.8. Device and Equipment

1. Does the device meet the standards outlined in the definition of the device?
    a. Please provide an image or diagram of the device and relevant hardware and software specifications including device weight, materials, dimensions, battery, cameras, Bluetooth, speed and notification displays, tire size, max load, motor, and method(s) for preventing brake and battery tampering.
    b. If applicable, please detail the specifications of adaptive devices or cargo devices that the operator plans to make available to the public.
2. Does the device have a basket?
3. What is the wheel size?
4. Does the device have adequate suspension and provide comfort while riding?
5. What measures are in place to prevent brake tampering?
6. What is the braking distance?

## 3.9. Operations

1. What are the hours of availability?
2. What is the shared fleet device operating company's deployment plan?
    a. Please provide an overview of how deployment locations will be selected and how devices will be allocated to those deployment locations, including how will devices be relocated throughout the day.
    b. Please provide an overview of the training that staff or contractors will receive regarding compliant deployment practices.
3. How will the company respond to complaints from the public?
    a. Please detail channels that the public may use to reach the company, and how the company may respond to the public through those channels.

4. How will the company respond to notifications from the District?
5. How does the company track fatalities on one of its devices in any market?
    a. Please provide an overview of how crash reports, police reports, device thefts, device related injury or death are tracked and reported.

## 3.10. Education and Engagement

1. How will the company communicate the rules of the road to users?
2. How will the company educate users about proper riding and parking of devices?
    a. In your answer, please outline any procedures for enforcing parking requirements for users at the end of trips, such as review of photos of parked scooters from users.
    b. Additionally, please detail how will the operator communicate District penalties associated with parking and riding illegally to users and to DDOT?
3. How will the company measure educational outcomes?
    a. In your response, please include the operator's plan for engaging residents (including non-users), elected officials, and community interest groups to solicit service feedback?
4. How and when will the company communicate with non-users about the service?
5. How will the company recruit for Low-Income Customer Plan (LICP) enrollment?
6. How and when will the company provide free rider education classes?
7. How will the company communicate possible user fees and/or fines to users?