# EXHIBIT D

# RE: Hopp by Bolt - Demo (Week of 11/11 Request)

**From**
    Mandel, Jon S.
**To**
    Randell, Ted (DDOT)
**Cc**
    Goldbeck, Aaron (DDOT); Maggard, Ian (DDOT)
**Recipients**
    ted.randell@dc.gov; Aaron.Goldbeck@dc.gov; Ian.Maggard@dc.gov

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you r sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for ad analysis by OCTO Security Operations Center (SOC).

Ted,

Apologies for the delay. That's great news. The preference would be 11 am. Attending the demo from Bolt will be the followin forward the invitation if easier. Thank you again.

* Haya Douidri - haya.douidri@bolt.eu

* Ricardo Gallego Gómez - ricardo.gallego@bolt.eu

* Arvind Jayashankar -  arvind.jayashankar@bolt.eu

* Ping Li - ping.li@bolt.eu

Best,

Jon

**Jon Mandel | Senior Vice President BOSE PUBLIC AFFAIRS GROUP** | www.bosepublicaffairs.com 777 6th Street NW, Washington, DC 20001 p: 202-897-4234 > f: 202-973-8211 > c: 202-702-7786 > e: jmandel@bosepublicaffairs.com

**From:** Randell, Ted (DDOT) <ted.randell@dc.gov> **Sent:** Tuesday, October 29, 2024 1:47 PM **To:** Mandel, Jon S. <jmandel@bosepublicaffairs.com> **Cc:** Goldbeck, Aaron (DDOT) <Aaron.Goldbeck@dc.gov>; Maggard, Ian (DDOT) <Ian.Maggard@dc.gov> **Subject:** RE: Hopp by Bolt - Demo (Week of 11/11 Request)

Hey Jon,

Cheers,

-Ted

**Ted Randell** (he/him) *Micromobility Coordinator, Sustainable Transportation Programs* Shared Micromobility (arcgis.com)

Phone: (202) 494-4944

Office: 250 M Street SE, Suite 416

**From:** Mandel, Jon S. <jmandel@bosepublicaffairs.com> **Sent:** Tuesday, October 29, 2024 1:44 PM **To:** Randell, Ted (DDOT) <ted.randell@dc.gov> **Cc:** Goldbeck, Aaron (DDOT) <Aaron.Goldbeck@dc.gov>; Maggard, Ian (DDOT) <Ian.Maggard@dc **Subject:** RE: Hopp by Bolt - Demo (Week of 11/11 Request)

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov fo analysis by OCTO Security Operations Center (SOC).

Hi Ted,

Hope all is well. Following up on below, Bolt attempted to place the demo request through the booking portal for 11/12 but wa do so, given the site's parameters around availability. Does 11/12 remain an option and is there a process Bolt should follow to the demo time slot request?

Please let me know if you have any questions.

Thank you in advance for your attention to this matter.

Best,

Jon

**Jon Mandel** | Senior Vice President **BOSE PUBLIC AFFAIRS GROUP** | www.bosepublicaffairs.com 777 6th Street NW, Washington, DC 20001 p: 202-897-4234 > f: 202-973-8211 > c: 202-702-7786 > e: jmandel@bosepublicaffairs.com

**From:** Mandel, Jon S. **Sent:** Monday, October 21, 2024 11:00 AM **To:** Randell, Ted (DDOT) <ted.randell@dc.gov> **Cc:** Goldbeck, Aaron (DDOT) <Aaron.Goldbeck@dc.gov>, Maggard, Ian (DDOT) <Ian.Maggard@dc.gov> **Subject:** Re: Hopp by Bolt - Demo (Waiver Request)

Great, thank you again, Ted.

Jon Mandel

Senior Vice President **BOSE PUBLIC AFFAIRS GROUP**

777 6th Street NW, Suite 510

Washington, DC 20001

202-897-4234

jmandel@bosepublicaffairs.com

On Oct 21, 2024, at 10:59 AM, Randell, Ted (DDOT) <ted.randell@dc.gov> wrote:

Good morning, Jon,

We should be able to accommodate that date/time. I will put a hold on our calendars and we can finalize the meeting time upon application submission. We'll be doing the demos very close to 250 M Street. There is a lot of park space across from the Navy Metro that we typically use, not far from where we met up a couple weeks ago.

Best,

Ted

**Ted Randell** (he/him) *Micromobility Coordinator, Sustainable Transportation Programs* Shared Micromobility (arcgis.com)

Phone: (202) 494-4944

Office: 250 M Street SE, Suite 416

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov fo analysis by OCTO Security Operations Center (SOC).

You don't often get email from jmandel@bosepublicaffairs.com. Learn why this is important

Aaron et al.,

Bolt flagged that they will provide a request in their application but given the more unique scheduling circumstances, they ask separately inquire about putting in a request for anytime between 11am-2pm on Tuesday the 12th, scheduling permitting on DI Is it possible to request that time in advance? Relatedly and for purposes of their delivery coordination, should they assume tha will take place at the M Street location?

Thank you in advance.

Best,

Jon

**Jon Mandel | Senior Vice President BOSE PUBLIC AFFAIRS GROUP** | www.bosepublicaffairs.com 777 6th Street NW, Washington, DC 20001 p: 202-897-4234 > f: 202-973-8211 > c: 202-702-7786 > e: jmandel@bosepublicaffairs.com

**From:** Goldbeck, Aaron (DDOT) <Aaron.Goldbeck@dc.gov> **Sent:** Tuesday, October 15, 2024 11:25 AM **To:** Mandel, Jon S <jmandel@bosepublicaffairs.com>; Randell, Ted (DDOT) <ted.randell@dc.gov>; Maggard, Ian (DDOT) <Ian.Maggard@dc.g **Subject:** RE: Hopp by Bolt - Demo (Week of 11/11 Request)

Hello Jon,

Thanks for checking in. Glad we got to meet in person next week to learn more about Hopp. We can accommodate a live dem of 11/11, ideally on Monday or Tuesday. Please note that we plan to release details on the application process tomorrow (we w them to whoever you direct us towards). Our deadline for the written application materials will be November 1st. Best,

Aaron

**From:** Mandel, Jon S. <jmandel@bosepublicaffairs.com> **Sent:** Tuesday, October 15, 2024 11:10 AM **To:** Goldbeck, Aaron ( <Aaron.Goldbeck@dc.gov>; Randell, Ted (DDOT) <ted.randell@dc.gov>; Maggard, Ian (DDOT) <Ian.Maggard@dc.gov> S Hopp by Bolt - Demo (Week of 11/11 Request)

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you

Thank you again for your time last week to learn more about Hopp by Bolt and discuss the rental fleet market in greater detail. company understands that DDOT is seeking to demo the product the week of 11/4, but by chance, would DDOT be willing to accommodate the week of 11/11, given international shipping and travel schedules?

If you have any questions, please do not hesitate to contact me.

Best,

Jon

**Jon Mandel | Senior Vice President BOSE PUBLIC AFFAIRS GROUP** | www.bosepublicaffairs.com 777 6th Street NW, Washington, DC 20001 p: 202-897-4234 > f: 202-973-8211 > c: 202-702-7786 > e: jmandel@bosepublicaffairs.com

This message and any attachments may contain legally privileged or confidential information, and are intended only for the in entity identified above as the addressee. If you are not the addressee, or if this message has been addressed to you in error, you authorized to read, copy, or distribute this message and any attachments, and we ask that you please delete this message and at (including all copies) and notify the sender. Delivery of this message and any attachments to any person other than the intende recipient(s) is not intended in any way to waive confidentiality or a privilege. All personal messages express views only of the sender, and may not be copied or distributed without this statement.

# image001.jpg

# image001.jpg

District Department of Transportation Planning and Sustainability Division