UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHEENIX USH LLC *d/b/a* SPIN,<br><br>             Plaintiff,<br><br>   v.<br><br>DISTRICT DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>             Defendants. | Case No. 25-cv-922 (JMC) |

## **ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiff Pheenix Ush LLC, *d/b/a* Spin's, motion for preliminary injunction, ECF 3, is **DENIED**.

This is an appealable Order.

    **SO ORDERED.**

                                                                                              _____
                                                                            JIA M. COBB
                                                                            United States District Judge

Date: April 24, 2025